| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ------------------------------------------------------------x <br> **S., ET AL.**, <br>                          **Plaintiffs,** <br><br>       v. <br><br> **CITY OF NEW YORK, ET AL.,** <br><br>                          **Defendants.** <br> ------------------------------------------------------------x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: __4/1/2021__ <br><br><br> **1:20-cv-07635-ALC** <br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

By Order dates January 13, 2021, the Court granted an extension of time to answer. ECF No. 22. To date, no answer has been filed. Accordingly, the parties are ORDERED to file a joint status report by April 8, 2021.

**SO ORDERED.**
**Dated: April 1, 2021**
      **New York, New York**

                                                                     _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**