**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **M.S. et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | **1:20-cv-07635 (ALC)** |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| **City of New York et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 23, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' April 8, 2021 letter. ECF No. 24.  The Court issued an order on April 1, 2021 directing the parties to file a joint status report by April 8, 2021. ECF No. 23. Defendants' letter indicated that Plaintiffs' counsel "has not directly addressed the need to submit a joint letter," ECF No. 24, and the Court has not yet received a status report from Plaintiffs in accordance with its April 1, 2021 order.

Accordingly, Plaintiffs are ORDERED to respond within **7 days**.

**SO ORDERED.**

**Dated:**  April 23, 2021

**New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**